Robert D. Wilkinson    #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant Louie Ramos

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF FRESNO

| United States of America, | CASE No. 1:08-cr-00402 AWI |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING AND ORDER |
| v. | |
| Louie Ramos, | Date:  December 10, 2012<br>Time:  10:00 a.m.<br>Courtroom 2<br>Judge:  Hon. Anthony W. Ishii |
| Defendant. | |

WHEREAS the sentencing of Defendant Louie Ramos for violations of Supervised Release is currently scheduled for Monday, December 10, 2012; and

WHEREAS he and his attorney need additional time to prepare for the hearing;

The parties hereto, through authorized counsel, HEREBY STIPULATE that the sentencing hearing currently scheduled for Monday, December 10, 2012, at 10:00 a.m., may be continued to Tuesday, January 22, 2013 at 10:00 a.m., or anytime thereafter at the convenience of the Court.

December 6, 2012

BENJAMIN B. WAGNER
United States Attorney

By:/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

1219629v1 / 10924.0045

| | |
|---|---|
| December 6, 2012 | Baker Manock & Jensen P.C. |
| | By: /s/ Robert D. Wilkinson |
| | ROBERT D. WILKINSON |
| | Attorneys for Defendant Louie Ramos |

**ORDER**

Good cause having been shown therefore, IT IS HEREBY ORDERED that the sentencing hearing for violation of Supervised Release set for Monday, December 10, 2012 , at 10:00 a.m., in Courtroom 2, shall be continued to Tuesday, January 22, 2013 at 10:00 a.m., in Courtroom 2.

IT IS SO ORDERED.

Dated: December 7, 2012

_____
UNITED STATES DISTRICT JUDGE